# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Santana, et al., | No. CV-19-05474-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Travelers Personal Insurance Company, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 17), filed on March 2, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 17) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 2nd day of March, 2020.

Honorable Diane J. Humetewa
United States District Judge